| | | |
|---|---|---|
| Valentin Acosta Rivera | * | IN THE |
| Plaintiffs | * | CIRCUIT COURT |
| v. | * | FOR |
| North America Risk Services, et al. | * | PRINCE GEORGE'S COUNTY |
| Defendant | * | Case No. CAL 14-09444 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FEDERAL REMOVAL

Defendants, North American Risk Services and State National Insurance Company have filed the attached Notice of Removal with the United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201.

Pursuant to 28 U.S.C. §1446(d), the Clerk is to effect removal, and the Circuit Court for Prince George's County shall proceed no further unless and until the case is remanded.

_____
Margaret Fonshell Ward
Ward & Herzog, LLC
102 W. Pennsylvania Avenue, Suite 401
Baltimore, MD 21204
410-296-1573
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of June, 2014, a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, to Luis U. Leon, 966 Hungerford Drive, Rockville, MD 20850, *Attorney for Plaintiff.*

                                                                        Margaret Fonshell Ward