## IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

VALENTIN ACOSTA RIVERA
5611 Alan Drive
Clinton, Maryland 20735

    Plaintiff

    vs.

Civil Case No.:

*CAL 14-09444*

NORTH AMERICAN RISK SERVICES
P.O. Box 166002
Altamonte Springs, Florida 32716

SERVE: Teresa Goldsmith, Commissioner
       Maryland Insurance Administration
       200 St. Paul Place, Suite 2700
       Baltimore MD 21202

    and

STATE NATIONAL INSURANCE COMPANY*
1900 L Don Dodson Drive
Bedford, Texas 76021

SERVE: Teresa Goldsmith, Commissioner
       Maryland Insurance Administration*
       200 St. Paul Place, Suite 2700
       Baltimore MD 21202

    Defendants

### PLAINTIFF'S COMPLAINT

COMES NOW, the Plaintiff, VALENTIN ACOSTA RIVERA ("ACOSTA-RIVERA"), by and through his attorney, Luis U. Leon, Esq., and sues the Defendant, NORTH AMERICAN RISK SERVICES, ("NARS") and Defendant, STATE NATIONAL INSURANCE COMPANY, ("STATE NATIONAL"), for grounds therefor state as follows:

### COUNT 1
### (Breach of Contract-Defendant, NARS)

1.    That at all times mentioned herein Plaintiff, ACOSTA-RIVERA, was and is a resident of Prince George's County, Maryland and presently resides at 5611 Alan Drive, Clinton, Maryland 20735.

2.    That at all times mentioned herein, Defendant, NARS, was and is an insurance company who business address P.O. Box 166002, Altamonte Springs, Florida

32716 and who is registered to sell insurance in the State of Maryland, and in fact at all times mentioned herein has sold insurance in the State of Maryland.

3. That at all times mentioned herein, Defendant, STATE NATIONAL, was and is an insurance company who business address 1900 L Don Dodson Drive, Bedford, Texas 76021 and who is registered to sell insurance in the State of Maryland, and in fact at all times mentioned herein has sold insurance in the State of Maryland.

4. That on or about May 10, 2011, at approximately 6:36 p.m. at or near the intersection of Coventry Way and Old Branch Avenue, in Clinton, Prince George's County, Maryland, the motor vehicle owned by Nichelle Nicole Ingram and operated by Theda Christine Willis collided with the motor vehicle owned by J.D. Towing, 2817 Richie Road, Forestville, Maryland and operated by the Plaintiff, ACOSTA-RIVERA. See a copy of the police report, (Exhibit A).

5. That the foregoing collision was solely, directly and proximately caused by the negligence of the driver, Theda Christine Willis, in that she failed to pay full attention to the operation of her motor vehicle, operated the motor vehicle at an excessive rate of speed under the circumstances, failed to maintain a proper lookout for other highway users, and otherwise violated the traffic rules and regulations then and there in full force and effect in the State of Maryland.

6. That at all times mentioned, Plaintiff, ACOSTA-RIVERA, drove his vehicle in a safe, careful and prudent manner and at all times, obeyed all traffic rules and regulations. At no time was Plaintiff, ACOSTA-RIVERA, negligent and at no time did Plaintiff, ACOSTA-RIVERA, contribute to said accident.

7. That as a direct, sole and proximate result of the aforesaid negligence of the driver, Theda Christine Willis, the Plaintiff, ACOSTA-RIVERA, suffered injuries to all parts of his body including but not limited to his neck, back, left wrist, and right knee. The Plaintiff, ACOSTA-RIVERA, has incurred medical and other related expenses, suffered and will continue to suffer into the future great physical pain and mental anguish, has sustained a permanent injury and as a result has been damaged in the sum of $800,000.00.

8. That at the time of the accident, Nichelle Nicole Ingram, the owner of the car driven by Theda Christine Willis, had liability automobile insurance for that car with the USAA Insurance Company.

9. That USAA Insurance Company accepted liability for Plaintiff's liability claim and offered the Plaintiff the maximum liability policy limits available to the Plaintiff which were in effect, at the time of the accident, $20,000.00, see a copy of the liability check of $20,000.00 to the Plaintiff from USAA Insurance Company, (Exhibit B).

10. That at the time of the accident, the vehicle owned by J.D. Towing and operated by Plaintiff, ACOSTA-RIVERA, had an automobile insurance policy/contract in effect with Defendant, NARS. Under said insurance policy, the Defendant, NARS agreed to provide Uninsured/Underinsured Motorist coverage to Plaintiff, ACOSTA-RIVERA, or any other person in similar position to him, should he be involved in an

NARS 00005   05/28/2014 10:56:00 AM

automobile accident with an individual whose negligence caused the accident but who at the time of the accident did not have sufficient liability automobile insurance to properly compensate the Plaintiff for the personal injuries he suffered and damages he sustained.

11.     That said insurance policy between J.D. Towing and the Defendant, NARS, was in full force and effect at the time of the accident.  J.D. Towing complied fully with their contractual obligations under said insurance policy/contract.

12.     That said insurance policy was in full force and effect at the time of the accident.  The Plaintiff, ACOSTA-RIVERA, complied fully with any and all the obligations set forth in said insurance policy/contract between J.D. Towing and the Defendant, NARS.

13.     That Defendant, NARS, refuses to make good faith efforts in settling Plaintiff, ACOSTA-RIVERA's Uninsured/Underinsured Motorist claim and has failed to honor its obligations under said contract.

WHEREFORE, Plaintiff, ACOSTA-RIVERA, respectfully requests that this Honorable Court enforce the automobile insurance policy/contract between J.D. Towing and the Defendant, NARS, and the legally recognized beneficiary the Plaintiff ACOSTA-RIVERA. The Plaintiff further requests that the Defendant, NARS, pay to Plaintiff, ACOSTA-RIVERA, the full amount of policy limits under the Uninsured/Underinsured Motorist provision of said insurance policy/contract or $800,000.00.

## COUNT 2
### (Breach of Contract-Defendant, STATE NATIONAL)

Plaintiff, re-alleges and incorporates by reference the allegations of fact contained in paragraphs No. (1) through (9), and respectfully says:

14.     That at the time of the accident, the vehicle owned by J.D. Towing and operated by Plaintiff, ACOSTA-RIVERA, had an automobile insurance policy/contract in effect with Defendant, STATE NATIONAL. Under said insurance policy, the Defendant, STATE NATIONAL, agreed to provide Uninsured/Underinsured Motorist coverage to Plaintiff, ACOSTA-RIVERA, or any other person in similar position to him, should he be involved in an automobile accident with an individual whose negligence caused the accident but who at the time of the accident did not have sufficient liability automobile insurance to properly compensate the Plaintiff for the personal injuries he suffered and damages he sustained.

15.     That said insurance policy between J.D. Towing and the Defendant, STATE NATIONAL, was in full force and effect at the time of the accident.  J.D. Towing complied fully with their contractual obligations under said insurance policy/contract.

16.     That said insurance policy was in full force and effect at the time of the accident.  The Plaintiff, ACOSTA-RIVERA, complied fully with any and all the obligations set forth in said insurance policy/contract between J.D. Towing and the Defendant, STATE NATIONAL.

17.     That Defendant, STATE NATIONAL, refuses to make good faith efforts in settling Plaintiff, ACOSTA-RIVERA's Uninsured/Underinsured Motorist claim and has failed to honor its obligations under said contract.

WHEREFORE, Plaintiff, ACOSTA-RIVERA, respectfully requests that this Honorable Court enforce the automobile insurance policy/contract between J.D. Towing and the Defendant, STATE NATIONAL, and the legally recognized beneficiary the Plaintiff ACOSTA-RIVERA. The Plaintiff further requests that the Defendant, STATE NATIONAL, pay to Plaintiff, ACOSTA-RIVERA, the full amount of policy limits under the Uninsured/Underinsured Motorist provision of said insurance policy/contract or for $800,000.00.


VALENTIN ACOSTA RIVERA
Plaintiff


Luis U. Leon, Esq.
Attorney for Plaintiff
966 Hungerford Drive, Suite 1
Rockville, Maryland 20850
(301) 424-4300

NARS 00007   05/28/2014 10:56:00 AM